**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JULES NGAMBO, | |
| Plaintiff, | Civil Action No. 23-20887 (JKS) (JSA) |
| v. | **ORDER** |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, et al., | |
| Defendants, | |

**SEMPER, District Judge.**

This matter comes before the Court on Magistrate Judge Jessica Allen's Report and Recommendation ("R&R"), issued on July 8, 2024, recommending that this Court grant Defendants' motions to dismiss (ECF 17; ECF 18; ECF 46) and deny Plaintiff's cross-motion to strike the pleadings (ECF 28). (ECF 59.) No objections to the R&R have been filed. This Court has considered Judge Allen's R&R, and for substantially the same reasons stated therein,

**IT IS** on this 23rd day of July, 2024,

**ORDERED** that Defendants' motions to dismiss (ECF 17; ECF 18; ECF 46) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's cross-motion to strike the pleadings (ECF 28) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment is thereby **ADMINISTRATIVELY TERMINATED** as procedurally improper (ECF 52); and it is further

**ORDERED** that this Court adopts Judge Allen's July 8, 2024, R&R. (ECF 59.)

**SO ORDERED.**

*/s/ Jamel K. Semper*

HON. JAMEL K. SEMPER
**United States District Judge**